O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-382-CAS |
|---|---|---|
| Plaintiff, | ) | REVOCATION OF PROBATION AND JUDGMENT |
| v. | ) | |
| RICHARD MBARIKET, | ) | |
| Defendant. | ) | |

On March 8 and April 16, 2012, this matter came before the Court on Petition On Probation and Supervised Release originally filed on May 7, 2010. Government counsel, Stephen Cazares, the defendant and his appointed attorney, Raul Ayala, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Randy Orlow, is present.

The defendant stated that his true name was as charged and was advised of the petition as stated above. The allegations were read to the defendant. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant denied allegations 1 and 2, being in violation of his probation as stated in the petition filed March 6, 2012.

The Court confers with counsel, the probation officer and the defendant and counsel argue. Witnesses are called, sworn and testify. The Government offers Exhibit 1, which is admitted. The Court finds allegation 2 in the petition filed March 6, 2012 is correct.

Thereafter, defendant changes his previous denial to allegation 2, and submits to allegation 2, as stated in the petition filed March 6, 2012.

THE COURT FINDS the admission to allegation 2, as stated in the petition filed March 6, 2012, voluntary and knowledgeable and accepts it.

THE COURT FURTHER FINDS the defendant in violation of his probation imposed on May 7, 2010. The Court ORDERS defendant's probation is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of forty-five (45) days, with no supervision to follow.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on May 7, 2012. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: April 26, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: __/S/_____
    Catherine M. Jeang, Deputy Clerk